Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
DC District of Columbia

_____ Civil___ Division

Myles W., Complainant,

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Charlotte A. Burrows, Chair, U.S. Equal Employment Opportunity Commission (Office of Federal Operations), Agency.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Case: 1:24-cv-03570 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 12/3/2024
Description: Employ. Discrim. (H-DECK)

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Myles W., Complainant |
| Street Address | 11550 Livingston Road |
| City and County | Fort Washington, Prince George's County |
| State and Zip Code | Maryland, 20744 |
| Telephone Number | 3015417061 |
| E-mail Address | myles.w.akacomplainant@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

RECEIVED
DEC - 3 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | Charlotte A. Burrows |
| Job or Title *(if known)* | Chair, U.S. Equal Employment Opportunity Commission (Office of I |
| Street Address | 131 M Street, NE |
| City and County | Washington, D.C., District of Columbia |
| State and Zip Code | Washington, D.C. 20507 |
| Telephone Number | (800) 669-6820 |
| E-mail Address *(if known)* | charlotte.a.burrows@eeoc.gov |

**Defendant No. 2**

| | |
|---|---|
| Name | Alejandro N. Mayorkas |
| Job or Title *(if known)* | Secretary, Department of Homeland Security (U.S. Coast Guard), / |
| Street Address | 245 Murray Lane SW Suite 14 |
| City and County | Washington, D.C., District of Columbia |
| State and Zip Code | Washington, D.C., 20528 |
| Telephone Number | (202) 282-8000 |
| E-mail Address *(if known)* | alejandro.mayorkas@hq.dhs.gov |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question    [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

As per COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (EEOC: PO124), I am requesting that the court hear the referred EEOC Request No. 2024003427; Appeal No. 2024002738 Myles W., Complainant v. Alejandro N. Mayorkas, Secretary, Department of Homeland Security (U.S. Coast Guard), Agency. Whereas Agency (EEOC) finds in the favor of Defendants argument against

38 U.S.C. § 101(21)1 and 38 U.S.C § 101(2) (see also COMDTINST M5350.4E, 5-5.6).

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I sought and am seeking the amelioration permitted by law, as I entered into the remedy process seeking a proverbial "make whole", and thus continually stated deficiencies presented by defendants.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

At this time, I am seeking immediate relief from the Court. Defendants (both agencies) have been noncompliant with Freedom of Information Act requests. Resultingly, I must file against Defendants sans factual evidence but arguing presentative Law. Collusive effort and an expeditive (unnegotiated) DHS process steered my grievance to EEOC who blindly upheld Defendant's arguments without relative comment in regard to submitted motion or law.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking from the Court release [through subpoena] documents in EEOC decision. Moreover, I seek an appropriate length of time to form arguments considering released documents.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/01/2024

Signature of Plaintiff

Printed Name of Plaintiff   Myles W.

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address